AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| United States of America<br>v.<br>Jorge Valencia<br><br>*Defendant(s)* | )<br>)<br>) Case No. **8:15MJ1296 TBM**<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  January 15, 2015, to May 13, 2015  in the county of  Pinellas  in the
  Middle  District of  Florida  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252(a)(2) & (a)(4)(B) | Knowingly receiving and possessing child pornography using a facility of interstate or foreign commerce. |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Special Agent Ethan G. Cumming, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  05/13/2015                       _____
                                          *Judge's signature*

City and state:  Tampa, Florida           THOMAS B. McCOUN III, U.S. Magistrate Judge
                                          *Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Ethan G. Cumming, being duly sworn, depose and state the following:

## I. AGENT BACKGROUND

1. I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been so employed since February 2004. I am presently assigned to the Tampa Division, Pinellas Resident Agency, where my duties include investigating the online exploitation of children, particularly in relation to violations of 18 U.S.C. § 2252(a)(2) and (a)(4)(B), which criminalizes the possession and receipt of child pornography. I have made arrests and conducted searches pertaining to these types of investigations. I have attended specialized training involving computers and child exploitation. During my tenure as a Special Agent, I have participated in numerous investigations of criminal activity, including, but not limited to, the investigation of computer intrusion matters, child sexual exploitation, online child sexual exploitation, Internet fraud, intellectual property rights, and child pornography violations.

2. As a Special Agent, I am authorized to investigate violations of the laws of the Unites States and to execute arrest warrants issued under the authority of the United States. I have received training for online undercover investigations involving child exploitation and have participated in numerous investigations involving child pornography. I have learned the following information in my official capacity, by first hand observations, as well as by receiving information from federal and local law enforcement in reference to the investigation of Jorge VALENCIA for federal criminal violations.

3. This affidavit is made for the purpose of supplying probable cause to support a Criminal Complaint against VALENCIA. Because this affidavit is made for the sole purpose of providing probable cause to support a Criminal Complaint against VALENCIA, I have not included every detail of every aspect of the investigation. Rather, I have set forth only the facts that are necessary to establish probable cause to believe that VALENCIA has committed the following federal offense: receiving and possessing child pornography by using a facility of interstate commerce, in violation of 18 U.S.C. § 2252(a)(2) and (a)(4)(B).

## II. SUMMARY

4. This online investigation began in January, 2015, and continues through the present. The facts and circumstances in this investigation indicate that VALENCIA utilized a P2P software program from his residence in St. Petersburg, Middle District of Florida, to receive and possess multiple images of child pornography via the Internet.

## III. PROBABLE CAUSE

### A. Initial Investigation.

5. On January 15, 2015, an FBI Task Force Officer (TFO) in Clearwater, Florida, acting in an undercover capacity, was conducting an investigation into the sharing of child pornography on a publicly-available P2P file sharing program. With that program, like other P2P programs, users typically locate files with keyword searches.

6. The FBI TFO, while connected to the Internet, identified a computer with the IP address 72.185.126.42 as a potential download source for at least 65 files of investigative interest, believed to be child pornography. The FBI TFO had directed his investigation to this computer at IP address 72.185.126.42 because it had been

2

associated with investigative files of interest by investigators conducting keyword searches or hash value searches for files related to child abuse material, including child pornography.

7.      On multiple dates between January 15, 2015, and February 24, 2015, the FBI TFO downloaded a total of 16 files from the computer utilizing IP address 72.185.126.42, most of which had names indicative of child pornography. Upon review, the majority of the files were found to depict children engaged in sexually explicit conduct and to constitute Child Pornography.

8.      The FBI TFO provided the downloaded images and video files to me, and I have reviewed all 16 files. The file names included: "(--pthc) 9 yo blonde daughter fingered in camping tent part 2.avi"; "(pthc) my 12 yo girlfriend homeclips – webcam amateurs prt 2.mpg"; "(((kingpass))) laura - 12.mpg", "pthc - 14 or 15 yr thin tight hottie.avi"; and "pthc webcam 2011 2 young girls b&e07.avi." Based on my training and experience, I believe that the majority of the files clearly contain depictions of child pornography as defined by 18 U.S.C. § 2256. For example:

   a.   "pthc - 14 or 15 yr thin tight hottie.avi" depicts a female toddler and a female approximately fourteen years of age sitting outside in a wooded area in front of a campfire. Both girls are wearing only underwear. The two undress each other in a seductive manner while dancing until they are both naked. They dance as they caress each other and are observed in many sexual positions. The camera focuses on the teen's naked vagina. The video concludes with the toddler naked directly in front of the camera.

3

b. "thai pthc 2009 lollipop-issue#4 lesbian (very good)114.avi" depicts two young prepubescent Asian females on a couch. The two children are depicted in various states of undress, to include fully naked. At various points in the video, the children touch and masturbate each other's naked genitalia. The children are depicted naked in a shower. The children are also observed performing oral sex on each other and digitally penetrating themselves or the other child.

c. "(((kingpass))) laura - 12.mpg" depicts a naked female child lying on her back and a naked adult male digitally penetrating the girl. The child is approximately twelve years of age or younger. The adult male is also observed penetrating the child's vagina with his penis. The girl is heard moaning as if in pain and is seen wincing in pain at other times. The adult male continues penetrating the child until he ejaculates into the condom he is wearing and displays it to the child.

d. "(–pthc) 9 yo blonde daughter fingered in camping tent part 2.avi" depicts an approximately nine year old female child naked from the chest to the feet and an adult male's hand caressing the naked child's vaginal area and undeveloped chest area. The child is heard telling the adult male that his contact with her vaginal area does not feel good. The adult male is heard contradicting her by saying that it does feel good. The child is consistently naked throughout the video. The video concludes with the child naked in the back of an SUV-type vehicle where she is on her hands and knees slapping fake currency against her exposed buttocks.

e. "(pthc) my 12 yo girlfriend homeclips – webcam amateurs prt 2.mpg" depicts a clothed female child approximately twelve years of age sitting in front of what appears to be a webcam. A male approaches the female from the side and exposes his naked penis. The girl begins to perform oral sex on the male. She periodically looks back at the webcam and then resumes performing oral sex on the male.

9. During the download of these files, the FBI TFO observed the IP address of the source computer to be 72.185.126.42. The computer at IP address 72.185.126.42 was the sole source for these downloads.

10. A query of a publicly-available IP address database on the Internet revealed that the IP address 72.185.126.42 was assigned to Bright House Networks (BHN).

11. On May 1, 2015, a subpoena was served on BHN requesting subscriber information for the aforementioned IP address. On May 5, 2015, BHN advised that the subscriber to the IP address 72.185.126.42 on each of the aforementioned multiple dates beginning January 15, 2015, and ending February 24, 2015, was "JORGE VALENCIA" at the physical address "2** *** A** **, APT *, SAINT PETERSBURG, FL, 3*****" (the "Residence"). BHN further advised that VALENCIA had been a subscriber from March 6, 2014, to present.

12. On April 13, 2015, records checks were performed which indicated that Jorge Valencia was associated with the Residence. This included a current Florida driver's license for Jorge VALENCIA, which lists a current address of "2** *** A** **, APT *, SAINT PETERSBURG, FL, 3****."

5

**B. *Search of VALENCIA's Residence.***

13. On May 13, 2015, a federal search warrant was executed at the Residence. VALENCIA admitted that he resided at the Residence. I did not see evidence that any other person resided at the Residence.

14. Pursuant to the search warrant, FBI agents seized items including a Compaq Presario laptop.

15. A preview of the Compaq Presario laptop revealed that it contained numerous images and videos of child pornography. Three of the child pornography videos are described as follows:

   a. "(pthc center)(opva 2014) 11y katerin enjoy pussy fuck venezuela.mp4" depicts a prepubescent female child sitting in a white chair wearing only a shirt. The child is being vaginally penetrated by an adult male penis. Adult male hands are observed pulling the child's shirt up to expose her nipples. The adult's hands then caress her exposed nipples. The camera periodically pans downward to depict the adult male's penis continuing to penetrate the child's vagina. A computer is seen in the background which is displaying a pornography video.

   b. "pthc 11yr porn pussy on youtube hussyfan kingpass.flv" depicts a prepubescent female child in a bed under the covers. She is wearing only a bra and underwear. The child is observed pulling down her bra to expose her nipples, and subsequently pulls her underwear to the side multiple times to expose her bare vagina.

   c. "stickam pthc(3).avi" depicts a naked prepubescent female

6

child in front of what appears to be a webcam. The word "STICKAM" is seen at the bottom of the frame. The child is observed touching and manipulating her bare vagina. She is subsequently seen inserting the handle of a hairbrush into her vagina, and then inserting a black marker into her vagina. She uses the marker to write a word, which may be "TAYA", on her skin directly above her bare vagina. The focal point of the camera is repeatedly the child's bare vagina.

### C. *Interview of VALENCIA.*

16. During the search, VALENCIA admitted to receiving and possessing child pornography. He admitted that he had a P2P program installed, which he believed to be called Ares, on his Compaq Presario laptop, and that he used the P2P network to download child pornography from others over the Internet.

17. VALENCIA admitted he was aware that other persons could access the child pornography files that were located in his "shared" folder on his Compaq Presario.

18. VALENCIA admitted to possession of child pornography on the Compaq Presario laptop. He stated that he may have previously masturbated to child pornography files.

19. VALENCIA stated that he lives alone and did not allege that any other person had access to his password-protected Compaq Presario laptop.

20. During the interview, I showed VALENCIA a screenshot from the video "thai pthc 2009 lollipop-issue#4 lesbian (very good)114.avi," which was alleged to have been previously downloaded by the FBI TFO from VALENCIA's computer via P2P. VALENCIA admitted that he had received and viewed this video on his Compaq

Presario laptop.

## IV. CONCLUSION

21. Based on the facts and circumstances described above, there is probable cause to believe that VALENCIA has violated 18 U.S.C. § 2252(a)(2) and (a)(4)(B), which makes it a federal crime for any person to knowingly possess and receive child pornography using a facility of interstate or foreign commerce. Accordingly, I respectfully request that the Court issue a complaint charging VALENCIA with these crimes.

Ethan G. Cumming, Special Agent
Federal Bureau of Investigation

Sworn to and subscribed before me
this 13 day of May 2015.

Thomas B. McCoun III
United States Magistrate Judge